IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.  : CASE NO: 2:09-CR-267
   : JUDGE SARGUS

OSAZEE ODIA,
SSN: \*\*\*-\*\*-8530

    Defendant.

and

MES-MANAGED EMPLOYEE SOLUTIONS
    Garnishee.

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff United States of America for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of 28 U.S.C. § 3205, and grants Plaintiff's application.

**IT IS SO ORDERED**.

DATE:

_____ 9-14-2016
UNITED STATES DISTRICT JUDGE